IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Charles, George

Printed: 9/30/08

Case Number: 08 B 01373
Judge: Hollis, Pamela S
Filed: 1/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 18, 2008
Confirmed: March 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,245.00 |  |
| Secured: |  | 1,164.07 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 80.93 |
| Other Funds: |  | 0.00 |
| Totals: | 1,245.00 | 1,245.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,264.20 | 0.00 |
| 2. | Home Loan Services | Secured | 5,129.94 | 1,164.07 |
| 3. | City Of Chicago | Secured | 403.74 | 0.00 |
| 4. | Home Loan Services | Secured | 10,181.39 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 2,560.28 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 532.91 | 0.00 |
| 7. | B-Real LLC | Unsecured | 559.37 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 294.18 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 259.45 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 1,270.12 | 0.00 |
| 11. | Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | Credit Management Co. | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Trinsic | Unsecured | | No Claim Filed |
| 17. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,455.58 | $ 1,164.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 80.93 |
| | _____ |
| | $ 80.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Charles, George | Case Number:  08 B 01373 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/30/08 | Filed:  1/22/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

